FILED-USBC, FLS-MIA
'19 JUN 28 PM1:06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO. 18-014591-LMI
CHAPTER 13

In re:
VICTOR DELGADO

    Debtor.
_____/

### CITIZENS PROPERTY INSURANCE CORPORATION'S MOTION FOR CLARIFICATION OF THE AUTOMATIC STAY NUN PRO TUNC TO JANUARY 4, 2018

**COMES NOW,** Citizens Property Insurance Corporation ("Movant"), by and through its undersigned counsel respectfully requests an Order Confirming the Automatic Stay is not in effect as to Movant, pursuant to 11 U.S.C. § 362(j) and states:

1. The Debtor filed this Chapter 13 proceeding on April 19, 2018.

2. The Debtor holds an interest in the property located at 16220 SW 305 St., Miami, FL 33033 (the "Subject Property") more fully described at:

    > **LOT 22, BLOCK 3, OF COMFORT VILLAS FIRST ADDITION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 126, AT PAGE 75, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

3. On or about July 4, 2017 Movant issued Policy Number 000775022-3 to Debtor, with effective dates of coverage from July 4, 2017 through July 4, 2108, subject to the terms, conditions, limitations and exclusions of the Policy.

4. On January 4, 2018 (three months prior to the filing of the instant case) the Debtor filed a breach of contract complaint against Movant in State Court alleging that Movant failed to properly compensate Debtor for an alleged loss to the subject property. *See* Victor Delgado v. Citizens Property Insurance Corporation, Case Number 18-002225-CA-01 in the

eleventh judicial circuit in and for Miami-Dade County ("The State Court Case "). In said Complaint, Debtor requests over $15,000.00 in damages.

5. On April 17, 2018 Debtor filed his Original Plan (D.E. 7) which provided for the mortgage payments relating to the subject property were to be made direct and outside of the Plan.

6. On December 20, 2018 Debtor filed a 4th Amended Plan (D.E. 59) which also treated all mortgage payments to the subject property as direct and outside of the Bankruptcy plan.

7. On January 15, 2019 this Honorable Court confirmed Debtor's 4th Amended Plan (Please see D.E. 74: Order Confirming Chapter 13 Plan).

8. As per the Order Confirming Chapter 13 Plan, Paragraph 4: "(…) If the plan provides for direct payment of the secured Creditor's claim outside of the Plan, such creditor is granted in rem stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim.

9. On May 4, 2019 Movant conducted Debtor's deposition in the State Court Case. It was only at said deposition that Movant learned about the instant Chapter 13 Bankruptcy Case.

10. Once Movant learned of the instant bankruptcy case, movant immediately suspended all activity in the State Court Case.

11. Movant is not a Creditor of Debtor, is not trying to recover a claim against the debtor, it is not seeking to enforce a judgment against the debtor or against property of the estate, is not attempting to obtain possession of the property of the estate, and is not seeking to create, perfect, or enforce a lien against property of the estate.

12. As per 11 U.S.C. §362 (c) (1):

(c) Except as provided in subsections (d), (e), (f), and (h) of this section ---

**(1) the stay of an act against property of the estate under subsection (a) of this section continues until such property is no longer property of the estate.**

11. Pursuant to 11 U.S.C. §362(c)(1), the Subject Property vested in the Debtor upon confirmation, which removed it from the Bankruptcy estate.

12. As per 11 U.S.C. §362(c)(j):

**(j) On request of a party in interest, the court shall issue an order under subsection (c) confirming that the automatic stay has been terminated.**

13. Accordingly, Movant seeks an order confirming that the automatic stay is not in effect as to Movant, as the Chapter 13 Plan is confirmed, and the Subject Property is treated direct and outside of the Chapter 13 Plan.

**WHEREFORE,** Movant respectfully requests this honorable Court enter an order confirming the termination of the automatic stay nun pro tunc as of January 4, 2018 as to movant, permitting Movant to continue litigating the State Court action, and granting such other relief that the Court may deem just and proper.

**RUBINTON & ASSOCIATES, P.A.**
Bank of America Building
3801 Hollywood Blvd, Suite 300
Hollywood, Florida 33021
Telephone: 954-251-5500
Fax: 954-251-5501

By: /s/ *Daniel Katz*
JEFFREY A. RUBINTON, ESQ.
Florida Bar: 821756
DANIEL KATZ, ESQ.
Florida Bar: 93594
Primary E-Mail Address: dkatz@rubintonlaw.com
Secondary E-Mail: eservice@rubintonlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by electronic mail to all creditors receiving notice via CME/CF as well as via first class mail to all creditors on the attached mailing matrix. A Certificate of Service will follow once the Court provides a Notice of Hearing.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 18-14591-LMI<br>Southern District of Florida<br>Miami<br>Tue Jun 25 14:45:02 EDT 2019 | Rushmore Loan Management Services LLC<br>SHD Legal Group P.A.<br>PO Box 19519<br>Fort Lauderdale, FL 33318-0519 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Alberto M Cardet, Esq.<br>Cardet Law PA<br>1330 Coral Way Suite 301<br>Miami, FL 33145-2945 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Fannie Mae Mortgage Loan Company<br>c/o Timothy J. Mayopoulos, CEO<br>3900 Wisconsin Avenue, NW<br>Washington, DC 20016-2806 | Federal National Mortgage Association<br>c/o Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd., Suite 100<br>Tampa, FL 33614-2429 | Freddie Mac Mortgage Loan Company<br>c/o Donald H. Layton, CEO<br>8200 Jones Branch Dr.<br>McLean, VA 22102-3110 |
| Honorable Benjamin G. Greenberg<br>Acting US Attorney for Southern District<br>99 NE 4 St<br>Miami, Fl 33132-2131 | Honorable Jeff Sessions<br>Attorney General of the United States<br>Dept of Justice #4400<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Internal Revenue Service<br>Centralized Insolvency Operation<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Juan Jose Sierra<br>15011 SW 306 ST<br>Homestead, FL 33033-4431 | Mortgage Service Center/PHH Mortgage<br>Attn: Bankruptcy Department<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Reinaldo Castellanos<br>9960 SW 40th St<br>Miami, FL 33165-3944 | Rushmore Loan Management Services LLC<br>P.O. Box 55004<br>Irvine CA 92619-5004 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>PO Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank/Gap<br>Attn: Bankruptcy Dept<br>PO Box 965060<br>Orlando, FL 32896-5060 | Juan Jose Sierra<br>c/o Cardet Law, P.A.<br>1330 Coral Way #30<br>Miami, FL 33145-2929 |
| Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Patrick L Cordero Esq<br>7333 Coral Way<br>Miami, FL 33155-1402 | Victor Delgado<br>16220 SW 305 St<br>Homestead, FL 33033-4139 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal National Mortgage Association  
c/o Elizabeth Eckhart  
Shapiro, Fishman & Gache, LLP

(u)Federal National Mortgage Association (

(u)Miami

(d)Synchrony Bank  
c/o PRA Receivables Management, LLC  
PO Box 41021  
Norfolk VA 23541-1021

End of Label Matrix  
Mailable recipients    23  
Bypassed recipients     4  
Total                  27